# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**

          Plaintiff,

    -vs-                                              **Case No. 95-CR-112**
                                                                12-C-180

**ANTHONY HILL,**

          Movant.

## DECISION AND ORDER

Anthony Hill moves for relief under 28 U.S.C. § 2255. Hill was convicted and sentenced in 1996. Hill brought a previous collateral attack that was denied on the merits. *Hill v. United States*, Case No. 97-C-1198 (E.D. Wis.). Therefore, the instant action is an unauthorized successive motion. § 2255(h).

Hill also brought a motion under 28 U.S.C. § 2241 in the Central District of Illinois, the district where he is confined. On appeal, the Seventh Circuit held that Hill could not proceed under § 2241, and any attempt to proceed under § 2255 would be untimely. *Hill v. Rios*, No. 11-2557 (7th Cir.), ECF No. 5. Therefore, the Court will not forward the instant motion to the Seventh Circuit for advance authorization since an attempt to pursue a successive collateral attack would be futile in any event.

**IT IS HEREBY ORDERED** that this matter is **DISMISSED** for lack of jurisdiction. The Court will not issue a certificate of appealability. Rule 11(a), Rules Governing Section 2255 Proceedings.

Dated at Milwaukee, Wisconsin, this 24th day of February, 2012.

                                              **BY THE COURT**:

                                           _____
                                           **HON. RUDOLPH T. RANDA**
                                           **U.S. District Judge**